BEFORE THE SECOND DIVISION, JUNE 4, 1959

**No. 63130.**—General Chain & Belt Co. et al. *v.* United States, protests 284936–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of extractors or parts thereof in chief value of metal the same in all material respects as those the subject of *General Chain & Belt Co.* v. *United States* (40 Cust. Ct. 5, C.D. 1948), the claim of the plaintiffs was sustained.

**No. 63131.**—George C. Spencer *v.* United States, protest 290051–K (Detroit).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 63132.**—H. A. Gogarty, Inc. *v.* United States, protest 58/14518 (New York).

Opinion by LAWRENCE, J. An examination of the protest disclosing that it was untimely filed under section 514, Tariff Act of 1930 (19 U.S.C. § 1514), the motion to dismiss was granted.

**No. 63133.**—J. W. Tarver *v.* United States, protest 58/15957 (Savannah).

Opinion by LAWRENCE, J. An examination of the protest disclosing that it was untimely filed under section 514, Tariff Act of 1930 (19 U.S.C. § 1514), the motion to dismiss was granted.